UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   v.              **ORDER**

EDWIN T. MURRAY, JR.,        6:14-CR-06183 EAW

    Defendant.

---

  On May 7, 2020, defendant Edwin T. Murray, Jr. ("Defendant") filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. 55). The Government filed a response opposing the motion on May 21, 2020 (Dkt. 57), and the United States Probation Office also submitted a memorandum to the Court on May 21, 2020, in connection with Defendant's motion (Dkt. 58). On June 2, 2020, the Court entered a Decision and Order denying Defendant's motion. (Dkt. 59).

  On June 3, 2020, a day after the Court issued the Decision and Order denying Defendant's motion, the Court received a further submission from Defendant replying to the Government's arguments. (Dkt. 60). Despite its untimeliness, the Court has reviewed Defendant's reply and finds there is no information contained therein that would change the Court's June 2, 2020, Decision. Accordingly, to the extent that Defendant's submission could be interpreted as a motion for reconsideration, it is hereby denied.

  SO ORDERED.

                    _____
                    ELIZABETH A. WOLFORD
                    United States District Judge

Dated:  June 8, 2020
      Rochester, New York